UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | ED19CV02447CAS(KKx) | Date | January 29, 2020 |
|---|---|---|---|
| Title | *WESTERN STATES TRUCKING ASSOCIATION v. XAVIER BECERRA* | | |

| Present: The Honorable | CHRISTINA A. SNYDER, U.S. DISTRICT JUDGE | | |
|---|---|---|---|
| Catherine Jeang | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**   (IN CHAMBERS) - DOE DISMISSAL

Pursuant to Local Rule 19-1, no complaint or petition shall be filed that includes more than ten (10) Doe or fictitiously named parties. Accordingly, the Court hereby **DISMISSES** Doe Defendants 11 through 50, inclusive.

IT IS SO ORDERED.

|  | 00 | : | 00 |
|---|---|---|---|
| | Initials of Preparer | | CMJ |