UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**  JS-6

| Case No. | ED19CV02447CAS(KKx) | Date | June 25, 2020 |
|---|---|---|---|
| Title | *WESTERN STATES TRUCKING ASSOCIATION v. XAVIER BECERRA* | | |

| Present: The Honorable | CHRISTINA A. SNYDER, U.S. DISTRICT JUDGE | |
|---|---|---|
| Catherine Jeang | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:    Attorneys Present for Defendants:

Not Present    Not Present

**Proceedings:**    (IN CHAMBERS) - ENTRY OF COURT'S ORDER AND DISMISSAL

Pursuant to this Court's order[33] dated May 18, 2020, the Court granted defendants' and intervenor-defendant's motions to dismiss pursuant to Rule 12(b)(1). The effective date of this Court's order was stayed 30 days, during which time the action remained pending and WSTA was be permitted to file a first amended complaint as of right pursuant to Federal Rules of Civil Procedure 15 and 21. To date, no amended complaint has been filed. Therefore, this Court's order[33] is hereby final and the above-referenced action is hereby dismissed.

IT IS SO ORDERED.

|   | 00 | : | 00 |
|---|---|---|---|
| Initials of Preparer | | | CMJ |